MARVIN WHITLEY v. COCA-COLA BOTTLING WORKS.

(Filed 1 November, 1935.)

APPEAL by defendants from *Barnhill, J.,* at March Term, 1935, of PITT.

Civil action to recover damages for alleged negligent injury caused by particles of jagged and broken glass in a bottle of Coca-Cola manufactured by the defendants and swallowed by plaintiff, the ultimate consumer, who purchased the same from a dealer.

There was a verdict of $250 and judgment for plaintiff, from which the defendants appeal, assigning error.

*Blount & James for plaintiff.*
*J. B. James for defendants.*

PER CURIAM. The evidence brings the case within the principles announced in *Perry v. Bottling Co.,* 196 N. C., 175, 145 S. E., 14; *Broom v. Bottling Co.,* 200 N. C., 55, 156 S. E., 152; *Enloe v. Bottling Co., ante,* 309.

No error.